U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

SEP 2 4 2009

CLERK, U.S. DISTRICT COURT
By _____
          Deputy

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA        )
                                )
VS.                             )          CASE NO.: 3:09-CR-052-K (01)
                                )
OCTAVIUS ANTOWANN REED          )

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

OCTAVIUS ANTOWANN REED, by consent, under authority of United States v. Dees,

125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has

entered a plea of guilty to **Counts 2 and 3 of the Superseding Indictment** filed on May 19, 2009.

After cautioning and examining Defendant under oath concerning each of the subjects mentioned

in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s)

charged is supported by an independent basis in fact containing each of the essential elements of

such offense. I therefore recommend that the plea of guilty and plea agreement be accepted and that

Defendant be adjudged guilty and have sentence imposed accordingly.

Date:   September 24, 2009.



_____
IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE


## NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).