IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | **NO. 3:09-CR-052-K (01)** |
| § | |
| OCTAVIUS ANTWANN REED, § | |
| § | |
| Defendant § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge Renee Harris Toliver for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. The Defendant waived allocution before this Court and consented to proceed before the Magistrate Judge for the hearing. The hearing was held on July 20, 2022, and the Report and Recommendation of the United States Magistrate Judge was filed that same date. The Defendant has filed no objections to the Report and Recommendation of the United States Magistrate Judge

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of (51) months, with no additional term of Supervised Release to follow.

The Court recommends that the defendant be allowed to serve his sentence at a Bureau of Prisons facility in the Dallas-Fort Worth area.

Further, the Court recommends that the Defendant be allowed to Participate in the Residential Drug Abuse Program or any drug treatment program, if eligible.

SO ORDERED.

Signed August 11th, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE